## NORTON v. SAWYER

No. 64 PC.

Case below: 30 N.C. App. 420.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1976.

## OIL CO. v. POCHNA

No. 48 PC.

Case below: 30 N.C. App. 360.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1976.

## PARSONS v. BAILEY

No. 57 PC.

Case below: 30 N.C. App. 497.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1976.

## PONDER v. BUDWEISER OF ASHEVILLE

No. 16 PC.

Case below: 30 N.C. App. 200.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1976.

## SELF v. ASSURANCE CO.

No. 72 PC.

Case below: 30 N.C. App. 558.

Petition by defendant Provident Life and Accident Insurance Co. for discretionary review under G.S. 7A-31 denied 4 November 1976.